1  Angela Pak CA Bar No. 240177
   angela.pak@ogletree.com
2  Alis M. Moon CA Bar No. 293897
   alis.moon@ogletree.com
3  OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
4  Park Tower, Fifteenth Floor
   695 Town Center Drive
5  Costa Mesa, CA 92626
   Telephone:  (714) 800-7900
6  Facscimile:  (714) 754-1298

7  Attorneys for Defendants,
   SDH SERVICES WEST LLC dba
8  SODEXO; SODEXO, INC.,

9  Javier Ramirez (SBN 249516)
   **THE DOMINGUEZ LAW FIRM, LLP**
10 3250 Wilshire Boulevard, Suite 1200
   Los Angeles, CA 90010
11 Telephone:  (213) 381-4011
   Facsimile:   (213) 201-8212
12 Email:    javier.ramirez@dominguezfirm.com

13 Attorneys for Plaintiff,
   LUZ GARCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LUZ GARCIA, an individual, | **Case No. 2:21−cv−02598−MCS−PVC** |
| | [Hon. Mark C. Scarsi, Crtm. 7C] |
| Plaintiff, | **STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| SDH SERVICES WEST LLC, a limited liability company dba SODEXO; SODEXO, INC., a corporation; and DOES 1 through 20, inclusive, | |
| | Complaint Filed in Superior Court: February 8, 2021 |
| Defendants. | Trial Date:         TBD |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff LUZ GARCIA on the one hand, and Defendants SDH SERVICES WEST LLC, a limited liability company dba SODEXO; SODEXO, INC., on the other hand, by and through their undersigned counsel of record, that the above-captioned action shall be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with each party bearing its/his own attorneys' fees and costs.

DATED: May 18, 2021

**THE DOMINGUEZ LAW FIRM, LLP**

/s/ Javier Ramirez
Javier Ramirez
Attorneys for Plaintiff
LUZ GARCIA

DATED: May 18, 2021

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ Alis M. Moon
Alis M. Moon
Attorneys for Defendants
SDH SERVICES WEST LLC, a limited liability company dba SODEXO; SODEXO, INC.

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

*/s/ Alis M. Moon*
Alis M. Moon

# PROOF OF SERVICE
*Luz Garcia v. SDH Services West, LLC dba Sodexo, et al.*
Case No. 2:21-cv-02598-MCS-PVC

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On June 2, 2021, I served the following document(s):

**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on June 2, 2021, at Costa Mesa, California.

*/S/ Alba DonJuan*
Alba DonJuan

47340832_1.docx

# SERVICE LIST

Jace H. Kim, Esq.  
Carlos Andres Perez, Esq.  
Javier Ramirez, Esq.  
THE DOMINGUEZ FIRM, LLP  
3250 Wilshire Blvd., Suite 1200  
Los Angeles, CA  90010  
Telephone:  213-381-4011  
Facsimile:  213-201-8212  
jace.kim@dominguezfirm.com  
carlos.perez@dominguezfirm.com  
javier.ramirez@dominguezfirm.com

Attorneys for Plaintiff  
Luz Garcia

47340832.1